**Opinion filed April 15, 2021**



## In The

# Elebenth Court of Appeals

_____

## No. 11-20-00243-CV

_____

## IN THE INTEREST OF J.B. III, A CHILD

**On Appeal from the 326th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 9725-CX**

### M E M O R A N D U M   O P I N I O N

This is an appeal from a final order in which the trial court terminated the parental rights of J.B. III's father. *See* TEX. FAM. CODE ANN. § 161.001 (West Supp. 2020). The father filed a notice of appeal. We affirm.

Appellant's court-appointed counsel has filed a brief in which he professionally and conscientiously examines the record and applicable law and concludes that the appeal presents no issues of arguable merit and is therefore groundless. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See In re Schulman*, 252 S.W.3d 403,

406–08 (Tex. Crim. App. 2008); *High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978).

Appellant's counsel provided Appellant with a copy of the brief. In compliance with *Kelly v. State*, 436 S.W.3d 313, 318–20 (Tex. Crim. App. 2014), counsel provided Appellant with a copy of the record in this cause and informed Appellant of his right to review the record and file a pro se response to counsel's brief. We conclude that Appellant's counsel has satisfied his duties under *Anders*, *Schulman*, and *Kelly*.

We note that Appellant has not filed a pro se response to counsel's *Anders* brief. Following the procedures outlined in *Anders* and *Schulman*, we have independently reviewed the record in this cause, and we agree that the appeal is frivolous. Although counsel has not filed a motion to withdraw in this court, which may have been premature if it had been filed in this court, he does broach the issue of withdrawal in his brief. We note, however, that "appointed counsel's obligations can be satisfied by filing a petition for review that satisfies the standards for an *Anders* brief." *In re P.M.*, 520 S.W.3d 24, 27–28 (Tex. 2016).

We affirm the trial court's order of termination.

PER CURIAM

April 15, 2021

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.